IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN BENEVEDES, Individually and as Personal Representative for the ESTATE OF MICHELLE BENEVEDES, Deceased, and as Prochein Ami of DAVID BENEVEDES (minor) and YVETTE BENEVEDES (minor); YVONNE BENEVEDES; THOMAS BENEVEDES; RONALD AILA, SR.; RANDALL AILA, as Personal Representative of the ESTATE OF RACQUEL AKAU, Deceased; LAWRENCE AKAU, JR.; LAWRENCE AKAU, SR., as Prochein Ami of CANDACE AKAU (minor)<br><br>         Plaintiffs,<br><br>  vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, TERRENCE DUARTE; TONI DUARTE; TYLER DUARTE; TISH DUARTE; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10; DOE UNINCORPORATED ASSOCIATIONS 1-10<br><br>         Defendants.<br>_____ | CV 08-00554 SOM-KSC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 25, 2009 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; March 18, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

Benevedes, et al. v. Government Employees Insurance Company;Civ. 08-00554 SOM/KSC; Order Adopting Magistrate's Findings and Recommendation